# Court of Appeals
# of the State of Georgia

ATLANTA,　April 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1329. JOHNSON v. THE STATE.**

This case was docketed by this court on January 25, 2019, and appellant's brief and enumerations of error were due February 14, 2019. On February 27, 2019, this Court dismissed the above-referenced appeal due to the appellant's failure to file an appellate brief within the time required by the rules of this Court. On March 4, 2019, appellant, who is *pro se*, filed a motion for an extension of time in which to file his brief, alleging that he did not receive the notice of docketing until February 22, 2019, due to having been moved to a new correctional facility. We construed appellant's motion as requesting that we reconsider our dismissal and we reinstated the case with an order dated March 14, 2019, stating appellant's brief would be due within 20 days of the reinstatement. As of the date of this order, appellant has not filed a brief and enumeration of errors and has not requested an additional extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,　04/24/2019*
　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*